■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN LAPADULA, Appellant.—Appeals by the defendant, as limited by his motion, from two sentences of the County Court, Westchester County (Lange, J.), both imposed May 17, 1991.

Ordered that the appeals are dismissed *(see, People v Seaberg,* 74 NY2d 1). Mangano, P. J., Sullivan, Rosenblatt, Miller and Pizzuto, JJ., concur.